# UNITED STATES DISTRICT COURT
## District of Minnesota

Moussa Sanogo

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01408-PJS-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents' objection [ECF No. 13] is OVERRULED.

2. The Report and Recommendation [ECF No. 12] is ADOPTED insofar as it recommends granting the amended petition for habeas corpus based on respondents' violation of 8 C.F.R. § 241.13(i)(2).

3. Petitioner's amended petition for habeas corpus [ECF No. 7] is GRANTED IN PART and DENIED IN PART. Specifically, the Court:
   a. ORDERS respondents to release petitioner from custody in accordance with the conditions previously imposed by 4:00 pm on March 7, 2026. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota.

5. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 3/6/2026

KATE M. FOGARTY, CLERK